```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 24286
   JAMES RICHARDSON
   CHRISTINE RICHARDSON                      CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER
           Debtor
   SSN XXX-XX-9112    SSN XXX-XX-6725

----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 06/28/2004 and was confirmed 09/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/29/2008.
----------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED            12048.00     1283.65       12048.00
FRANKLIN CREDIT MANAGEME  CURRENT MORTG          .00         .00            .00
HOUSEHOLD FINANCE CORP    UNSECURED        NOT FILED        .00            .00
LVNV FUNDING LLC          UNSECURED          2202.33        .00          2202.33
FRANKLIN CREDIT MANAGEME  MORTGAGE ARRE     26020.96        .00         26020.96
LAWYERS TITLE INSURANCE   SECURED NOT I    214154.30        .00            .00
AMERICREDIT FINANCIAL SV  FILED LATE         2578.14        .00            .00
GREENBERG & ASSOC         DEBTOR ATTY       1,700.00                    1,700.00
TOM VAUGHN                TRUSTEE                                       2,721.57
DEBTOR REFUND             REFUND                                            .00

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE              45,976.51

PRIORITY                                          .00
SECURED                                     38,068.96
   INTEREST                                  1,283.65
UNSECURED                                    2,202.33
ADMINISTRATIVE                               1,700.00
TRUSTEE COMPENSATION                         2,721.57
DEBTOR REFUND                                     .00
                     ---------------       ---------------
TOTALS               45,976.51              45,976.51




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 24286 JAMES RICHARDSON & CHRISTINE RICHARDSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE